

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  TERRIE LIVINGSTON

JUSTICES
  LEE ANN DAUPHINOT
  ANNE GARDNER
  SUE WALKER
  BILL MEIER
  LEE GABRIEL
  BONNIE SUDDERTH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

October 29, 2015

Catherine Luft
Assistant Criminal District Attorney
1450 East McKinney
Denton, TX 76209
* DELIVERED VIA E-MAIL *

Jason Edward Niehaus
Bodkin Niehaus & Dickson
207 Hickory St., Suite 309
Denton, TX 76201
* DELIVERED VIA E-MAIL *

RE:  Court of Appeals Number:  02-15-00046-CR
                               02-15-00047-CR
     Trial Court Case Number:  F-2013-0121-B
                               F-2014-0742-B

Style:  Brent Stephens
        v.
        The State of Texas

Please be advised that this cause has been set for submission with oral argument on **Tuesday, December 08, 2015, at 10:30 AM**, before a panel consisting of Chief Justice Livingston, Justice Meier and Justice Gabriel, in the courtroom of the Court of Appeals for the Second District of Texas, which is **located on the 9th floor of the Tim Curry Criminal Justice Center**. This panel is subject to change by the court. *See* Tex. R. App. P. 39.8.

All references to persons or details that could identify the children should be disguised to protect the minors' identity.

A party may, but is not required to, submit three (3) paper copies of the party's brief as a courtesy gesture to the panel. The courtesy copies should be submitted to the court no later than seven (7) days before the scheduled oral argument date.

All attorneys who are arguing before this court will need to arrive before the scheduled argument time to check in with the clerk in the courtroom and announce how much time is needed for oral argument. This Court's case

FILE COPY

submissions are listed on our website at http://www.search.txcourts.gov/Submission.aspx?coa=coa02&s=c.

**NOTE**: Any party waiving oral argument is required to notify this court and all parties at least seven (7) days before the scheduled submission date. Unless argument is waived under Local Rule 4.D., counsel shall appear at the time set for oral argument.

This Court's local rules limit oral argument to fifteen (15) minutes per side and an additional five (5) minutes for appellant's rebuttal. Any additional time must be requested before submission date. If you request less than the allotted time, you will not be allowed to extend past that time.

Because this court's oral arguments are digitally recorded and made available to the public on its website, all references to persons or details that could identify the children should be disguised to protect the minors' identity. Any party desiring that the oral argument should not be made available to the public on the court's website should file a motion requesting that relief.

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*

By: Shoshanna Cordova, Deputy Clerk